**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SCOTT STANLEY,**

    **Plaintiff,**

vs.                                       **CASE NO. 4:07cv240-RH/AK**

**BILL REAMS, et al,**

    **Defendants.**

_____/

**O R D E R**

Plaintiff, an inmate proceeding *pro se*, has filed a second amended complaint. (Doc. 26). The district judge has remanded this cause back to the undersigned for further proceedings and concluded that the pleading is sufficient to alert Defendants to the nature and basis of Plaintiff's claims. Thus, service of the amended complaint should be directed.

At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named two (2) Defendants in this action, Plaintiff must provide the Court with two additional copies of the amended complaint that are identical to the amended complaint, doc. 26, filed with the Court.

Accordingly, it is

**ORDERED**:

Plaintiff shall have until March 11, 2009, to provide the Court with two (2) identical copies of his second amended complaint for service on the Defendants.

**DONE AND ORDERED** this __20th__ day of February, 2009.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**