# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SCOTT A. STANLEY,

    Plaintiff,

vs.                                                 CASE NO. 4:07CV240-RH/AK

BILL REAMS, et al,

    Defendants.

_____/

## O R D E R

    Presently before the Court is Plaintiff's Motion for Production of the transcript or audio recording of an evidentiary hearing at the Second Judicial Circuit Court, which he alleges was postponed because of the actions of Defendant Reams. (Doc. 41). Plaintiff seeks a court order for this transcript. Because the transcript is not in the possession of any of the named defendants, Plaintiff must obtain this material from a non-party, which requires service of a subpoena. The Court will not pay for these costs, but Plaintiff is free to seek the transcript directly from the Clerk of the Second Judicial Circuit Court and make arrangements to pay for the copying thereof or otherwise obtain it by different means without leave of court. Consequently, the motion (doc. 41) is **DENIED**.

    **DONE AND ORDERED** this _21st_ day of July, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**