# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SCOTT A. STANLEY,

    Plaintiff,

vs.                                      CASE NO. 4:07CV240-RH/AK

BILL REAMS, et al,

    Defendants.

_____/

## O R D E R

Plaintiff requests issuance of a blank subpoena for service upon the Clerk of Court for the Second Judicial Circuit to obtain transcripts from his evidentiary hearing on January 15, 2007. (Doc. 48). By Order dated June 30, 2009, discovery was scheduled through September 30, 2009. (Doc. 40). That time has expired and Plaintiff has not shown cause for re-opening discovery at this time. A motion for summary judgment is pending and Plaintiff has filed no response. Plaintiff should now await a ruling by the Court on the pending motion.

**DONE AND ORDERED** this **10th** day of November, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**