# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEEE DIVISION

SCOTT A STANLEY,

    Plaintiff,

vs.                                                                                 CASE NO. 4:07CV240-RH/AK

BILL REAMS, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Objection to Court Order (doc. 52), which the Court construes as a request for reconsideration of its previous Order concerning discovery. The request is **DENIED**, the Court has carefully reviewed the case and the discovery requests at issue and ruled accordingly.

**DONE AND ORDERED** this __30th__ day of November, 2009.

                                               *s/ A. KORNBLUM*
                                               **ALLAN KORNBLUM**
                                               **UNITED STATES MAGISTRATE JUDGE**